IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01535-REB-MJW

JUDITH H. FAHRENKROG, et al.,

Plaintiff(s),

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,

Defendant(s).

### MINUTE ORDER RESETTING SCHEDULING/PLANNING CONFERENCE

     It is hereby ORDERED that Smithkline Beecham Corporation d/b/a Glaxosmithkline's Unopposed Motion to Vacate Scheduling/ Planning Conference, filed with the Court on August 21, 2006, Docket Number 10, is GRANTED. The scheduling conference set on October 12, 2006, at 8:30 a.m., is VACATED and RESET on October 24, 2006, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

     It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date: August 23, 2006