### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01535-REB-MJW

JUDITH H. FAHRENKROG, as personal representative
and executrix of the estate of JOHN M. FAHRENKROG;
JOY E. FAHRENKROG, natural daughter of John M. Fahrenkrog;
APRIL M. FAHRENKROG, natural daughter of John M. Fahrenkrog,

    Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMTIHKLINE,

    Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION FOR CLARIFICATION OF SCHEDULING ORDER

( Docket No. 22 )

---

The Court hereby amends the Scheduling Order entered in this matter as follows:

1.    Paragraph 8d.(3) requires that parties who have the burden of proof on a particular issue must submit their expert disclosures dealing with those issues on or before May 1, 2007.

2.    Paragraph 8d.(4) requires parties to submit Fed.R.Civ.P. 26(a)(2) information concerning all rebuttal experts, i.e., experts who will address issues for which the party does not bear the burden of proof on or before June 8, 2007.

Dated this 27th day of October, 2006.

BY THE COURT:

/s/ Michael J. Watanabe

Honorable Michael J. Watanabe
U.S. Magistrate Judge