**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01535-REB-MJW

JUDITH H. FAHRENKROG, as personal representative and executrix of the estate of
JOHN M. FAHRENKROG,
JOY E. FAHRENKROG, natural daughter of John M. Fahrenkrog, and
APRIL M. FAHRENKROG, natural daughter of John M. Fahrenkrog,

    Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Plaintiffs' Voluntary Motion for Dismissal With Prejudice** [#36], filed March 22, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiffs' Voluntary Motion for Dismissal With Prejudice** [#36], filed March 22, 2007, is **GRANTED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for February 1, 2008, is **VACATED**; and

4.  That the jury trial set to commence February 11, 2008, is **VACATED**.

Dated March 23, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                        **United States District Judge**